JESSICA T. FEHR
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue N., Ste. 3200
Billings, Montana 59101
Phone: (406) 247-4637
FAX: (406) 657-6058
Email: Jessica.Fehr@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAR 2 6 2013

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL DANIEL BOTTOMLEY, Defendant. | CR 13-04-BU-DLC <br><br> **INFORMATION** <br><br> MISPRISION OF A FELONY <br> Title 18 U.S.C. § 4 <br> (Penalty: Three years imprisonment, $250,000 fine, and one year supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

On or about February 2, 2012, in the State and District of

Montana, the defendant, PAUL DANIEL BOTTOMLEY, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the sale and shipment of misbranded and unapproved drugs from sources outside of the United States into the United States by Canada Drugs, Ltd. and its related entities, all in violation of the Food, Drug and Cosmetics Act, 21 U.S.C. §§ 301 et. seq. ("FDCA"), and a violation of 21 U.S.C. §§ 331(a), (c), (d) and 21 U.S.C. § 355(a), did conceal the same by sending a lulling email from Belgrade, Montana, to an individual in California, N.T. so she/he would continue to purchase misbranded and unapproved drugs from Canada Drugs, Ltd., and its related entities, and did not as soon as possible make known the same to some judge and other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

DATED this 26th day of March, 2013.

MICHAEL W. COTTER
United States Attorney

JESSICA T. FEHR
Assistant U.S. Attorney

*For* [signature]
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff


[signature]
*per* KRIS MCLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff